**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JASON HALEY et al.,**                                                                 **PLAINTIFFS**

**v.**                                                                  **No. 3:26-cv-00148-MPM-RP**

**X.AI CORP. et al.,**                                                              **DEFENDANTS**

**ORDER**

The above-styled and numbered cause was assigned to United States District Judge Michael P. Mills on June 9, 2026. Judge Mills, on his own motion, directly transfers and reassigns this cause to United States District Judge Debra M. Brown, for all further proceedings, she having agreed to accept this assignment.

IT IS, THEREFORE, ORDERED that the Clerk of Court is directed to transfer and re-assign this case to Judge Debra M. Brown.

SO ORDERED, this the 10th day of June, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI
