**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | | |
|---|---|---|
| **Jason Haley, Preston Herrington, and Taylor Logsdon, individually and on behalf of all others similarly situated,** | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:26-cv-00148-DMB-RP |
| **v.** | § § | |
| **X.AI Corp., Space Exploration Technologies Corp., and MZX Tech LLC,** | § § § | |
| Defendants. | § § | |
| | § | |

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Uniform Civil Rule 7(c), Defendants X.AI Corp., Space Exploration Technologies Corp., and MZX Tech LLC, by and through their undersigned counsel, hereby make the following disclosures.

**X.AI Corp.** is a privately held corporation. X.AI Corp. is wholly owned by X.AI Holdings LLC. X.AI Holdings LLC is wholly owned by Space Exploration Technologies Corp. ("SpaceX"), a publicly traded company (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX.

**SpaceX** is a publicly traded company (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX.

**MZX Tech LLC** is a privately held limited liability company. MZX Tech LLC is a wholly owned subsidiary of X.AI Corp. X.AI Corp. is wholly owned by X.AI Holdings LLC. X.AI Holdings LLC is wholly owned by SpaceX (NASDAQ: SPCX), a publicly traded company. No publicly held company owns 10% or more of SpaceX.

**BUTLER SNOW LLP**

By: s/ Daniel W. Van Horn
    DANIEL W. VAN HORN (102105)
    P. RYAN BECKETT (99524)

Attorneys for Defendants X.AI, SpaceX and MZX

Daniel W. Van Horn, Esq.
BUTLER SNOW LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
danny.vanhorn@butlersnow.com

P. Ryan Beckett, Esq.
BUTLER SNOW LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, MS 39157
(601) 985-4000
(601) 985-4500 (fax)
ryan.beckett@butlersnow.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this pleading has been

served via the Court's CM/ECF system, this the 25th day of June upon:

*Plaintiffs' Counsel*

WALTZER WIYGUL GARSIDE & WILD, LLC
Robert B. Wiygul, Esq.
(228) 872-1125
robert@wwglaw.com

WEITZ & LUXENBERG
Robert Quigley, Esq.
(212) 558-5829
rquigley@weitlux.com
Robin Greenwald, Esq.
(212) 558-5500
rgreenwald@weitzlux.com
Emma Dietz, Esq.
(917) 446-8485
edietz@weitzlux.com

MINER BARNHILL & GALLAND, P.C.
Robert S. Libman, Esq.
Deanna N. Pihos, Esq.
Roisin Duffy-Gideon, Esq.
(312) 751-1170
ldavis@lawmbg.com
Grayson Sang Walker, Esq.
(312) 602-9679
gwalker@lawmbg.com

s/ Daniel W. Van Horn

3