**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| JASON HALEY, | ) | |
| PRESTON HERRINGTON AND TAYLOR | ) | |
| LOGSDON, individually and on behalf of | ) | |
| Others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:26-cv-00148-DMB-RP |
| | ) | |
| v. | ) | |
| | ) | |
| X.AI CORP., SPACE EXPLORATION | ) | |
| CORP. and MZX TECH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
BY ATTORNEY KERI E. HERRINGTON**

Comes now Attorney Keri E. Herrington and provides notice to the Court and to all parties that she represents Defendants X.AI Corp. ("X.AI"), Space Exploration Technologies Corp. ("SpaceX") and MZX Tech LLC ("MZX"). She is admitted to practice in Mississippi and this District and may be contacted at:

> Keri Herrington (MS Bar #106815)
> Butler Snow LLP
> 1020 Highland Colony Parkway, Ste. 1400
> Ridgeland, MS 39157
> (601) 985-4000
> (601) 985-4500 (fax)
> keri.herrington@butlersnow.com

**BUTLER SNOW LLP**

By: s/ *Keri E. Herrington*
   Keri E. Herrington (MS Bar #106815)

Attorneys for Defendants X.AI, SpaceX and MZX

Keri E. Herrington, Esq.
BUTLER SNOW LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, MS 39157
(601) 985-4000
(601) 985-4500 (fax)
Keri.herrington@butlersnow.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this pleading has been served via the Court's CM/ECF system, this the 25th day of June upon:

*Plaintiffs' Counsel*

WALTZER WIYGUL GARSIDE & WILD, LLC
Robert B. Wiygul, Esq.
(228) 872-1125
robert@wwglaw.com

WEITZ & LUXENBERG
Robert Quigley, Esq.
(212) 558-5829
rquigley@weitlux.com
Robin Greenwald, Esq.
(212) 558-5500
rgreenwald@weitzlux.com
Emma Dietz, Esq.
(917) 446-8485
edietz@weitzlux.com

MINER BARNHILL & GALLAND, P.C.
Robert S. Libman, Esq.
Deanna N. Pihos , Esq.
Roisin Duffy-Gideon, Esq.
(312) 751-1170
ldavis@lawmbg.com
Grayson Sang Walker, Esq.
(312) 602-9679
gwalker@lawmbg.com

*s/ Keri E. Herrington*