**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| **Jason Haley, Preston Herrington, and Taylor Logsdon, individually and on behalf of all others similarly situated,** | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:26-cv-00148-DMB-RP |
| **v.** | § § | |
| **X.AI Corp., Space Exploration Technologies Corp., and MZX Tech LLC,** | § § § | |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS ADDITIONAL TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Upon consideration of Defendants' Motion for Additional Time to Respond to Plaintiffs' Complaint, the Court finds that the motion is well taken and good cause of the extension of time has been established. Therefore, it is:

**ORDERED** that the deadline for Defendants' answer or responsive pleading to Plaintiffs' Complaint is set as July 29, 2026.

**SO ORDERED**, this the 25th day of June, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE