IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| JASON HALEY, PRESTON HERRINGTON, and TAYLOR LOGSDON, individually and on behalf of all others similarly situated, | ) |
| Plaintiffs, | ) No. 26-cv-148-DMB-RP |
| v. | ) |
| X.AI CORP., SPACE EXPLORATION TECHNOLOGIES CORP., and MZX TECH LLC, | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jason Haley, Preston Herrington, and Taylor Logsdon, individually and on behalf of others similarly situated ("Plaintiffs"), respectfully submit this Notice of Voluntary Dismissal Without Prejudice of all claims against Space Exploration Technologies Corp. ("SpaceX"), which has not yet served an answer or a motion for summary judgment.

This the 17th day of August, 2026.

Respectfully submitted,

/s/ Robert B. Wiygul
Robert B. Wiygul
One of the Attorneys for Plaintiffs

Robert B. Wiygul (MSB #7348)
Waltzer Wiygul Garside & Wild, LLC
P.O. Box 2008
Ocean Springs, MS 39566
(228) 872-1125
robert@wwglaw.com

Emma Dietz*
Robin Greenwald*
Robert Quigley*
Weitz & Luxenberg, P.C.
700 Broadway, 5th Fl.
New York, NY 10003
(212) 558-5500
edietz@weitzlux.com
rgreenwald@weitzlux.com
dbolton@weitzlux.com
rquigley@weitzlux.com

Robert S. Libman*
Deanna N. Pihos*
Roisin Duffy-Gideon*
Grayson Sang Walker*
Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
(312) 751-1170
rlibman@lawmbg.com
dpihos@lawmbg.com
rduffy@lawmbg.com
gwalker@lawmbg.com

**Pro Hac Vice*

## CERTIFICATE OF SERVICE

I. certify that I have on this day served a copy of this pleading to all counsel through the Court's CM/ECF Filing System.

*/s/ Robert B. Wiygul*____________
Robert B. Wiygul