FORM 2(b) (ND/SD MISS. DEC. 2011)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

JASON HALEY ET AL. Plaintiffs

v.

**CIVIL ACTION**
**NO. 3:26 CV 148-DMB-RP**

X.AI CORP. ET AL. Defendants

**NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO**

**TO: All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

__X__ Interrogatories to: Defendant X.AI Corp. & Defendant MZX Tech LLC

__X__ Requests for Production of Documents to: Defendant X.AI Corp. & Defendant MZX Tech LLC

_____ Requests for Admissions to: ____________________

_____ Responses to Interrogatories of: ____________________

_____ Responses to Requests for Production of Documents of: ____________________

_____ Responses to Requests for Admissions of: ____________________

FORM 2(b) (ND/SD MISS. DEC. 2011)

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

October 8, 2026

Date

*/s/ Robert B. Wiygul*

Signature

Robert B. Wiygul, MSB #7348

Typed Name & Bar Number