**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| **Jason Haley, Preston Herrington, and Taylor Logsdon, individually and on behalf of all others similarly situated,** | § | |
| *Plaintiffs,* | § | Civil Action No. 3:26-cv-00148-DMB-RP |
| **v.** | § | |
| **X.AI Corp. and MZX Tech LLC,** | § | |
| *Defendants.* | § | |

**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUEST FOR ENTRY**

NOTICE is hereby given that Defendants X.AI Corp. and MZX Tech LLC, by and through their undersigned counsel of record, served the following upon all counsel of record in the above-styled action:

1. Defendants' Responses and Objections to Plaintiffs' First Request to Enter and Inspect Property and Designated Objects.

The undersigned counsel will retain the original of said document.

Dated: October 22, 2026.

Dated: October 22, 2026

Respectfully submitted,

*/s/ P. Ryan Beckett*

P. Ryan Beckett (MS Bar No. 99524)
BUTLER SNOW LLP
1020 Highland Colony Pkwy., Suite 1400
Ridgeland, MS 39157
(601) 948-5711
(601) 948-5177
ryan.beckett@butlersnow.com

Daniel W. Van Horn (MS Bar No. 102105)
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38187
(901) 680-7331
danny.vanhorn@butlersnow.com

K. Winn Allen, P.C.*
Grace C. Brier*
Megan McGlynn Butler*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000
(202) 389-5200
winn.allen@kirkland.com
grace.brier@kirkland.com
megan.butler@kirkland.com

Jeremy A. Fielding, P.C.*
Michael Kalis*
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
(214) 972-1770
(214) 972-1771
jeremy.fielding@kirkland.com
michael.kalis@kirkland.com

J. Matthew Rice*
KIRKLAND & ELLIS LLP
150 3rd Avenue South
Suite 1220
Nashville, Tennessee 37201
(629) 222-0165
(629) 222-0101
matthew.rice@kirkland.com

*Attorneys for X.AI Corp. and MZX Tech LLC*

**Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I filed the foregoing document with the Clerk of the U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system, which shall send notification of such filing to all parties of record in this case.

*/s/ P. Ryan Beckett*
P. Ryan Beckett